IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAGIJEM MANGKOEREDJO | : | CIVIL ACTION |
| v. | : | |
| AMERICAN AIRLINES, INC., et al. | : | NO. 02-4704 |

**ORDER**

AND NOW, this 19th day of September, 2002, it is **ORDERED** that the Fed. R. Civ. P. 16 conference previously noticed for August 26, 2002, will be held on **SEPTEMBER 30, 2002** at **10:00 a.m.** in Courtroom 10-A. Oral argument will be heard at that time on plaintiff's motion to remand.

ATTEST:                                    or         BY THE COURT:

By:_____                           /s/ Norma L. Shapiro, J._____
     Madeline F. Ward, Deputy Clerk                                                        J.