IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAGIJEM MANGKOEREDJO | : | CIVIL ACTION |
| v. | : | |
| AMERICAN AIRLINES, INC., et al. | : | NO. 02-4704 |

## ORDER

AND NOW, this 24th day of September, 2002, it is **ORDERED** that the Fed. R. Civ. P. 16 conference/oral argument previously noticed for September 30, 2002, will be held on **OCTOBER 8, 2002** at **10:00 a.m.** in Courtroom 10-A.

ATTEST:                               or      BY THE COURT:

By:_____              /s/ Norma L. Shapiro, J.
   Madeline F. Ward, Deputy Clerk                                           J.