IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAGIJEM MANGKOEREDJO | : | CIVIL ACTION |
| Plaintiff | | |
| vs. | : | |
| AMERICAN AIRLINES, INC. and | : | |
| ERIKA THEE | : | NO. 02-4704 |
| Defendants | | |

## DEFENDANT, ERIKA THEE'S RESPONSE TO CROSSCLAIM OF CO-DEFENDANT, AMERICAN AIRLINES, INC.

51-52. Denied as legal conclusions which require no response under the Pennsylvania Rules of Civil Procedure.

Respectfully submitted,

JENKINS, WOLF, RUBINATE, HASSON & STYLIADES

By: /s/
Paul T. Bemiller, Esquire
Public Ledger Building, Suite 500
6th & Chestnut Streets
150 South Independence Mall West
Philadelphia, PA 19106
Attorney for Erika Thee

VERIFICATION

I hereby certify that I am an attorney with the Law Offices of Jenkins, Wolf, Rubinate, Hasson & Styliades for Defendant, Erika Thee, who has no officer or employee presently available to take this Verification or who lacks sufficient knowledge or information to verify the statements in the foregoing Response to Crossclaim in that the statements contained in that Crossclaim are predicated upon the results of investigations that I have personally undertaken or commissioned and that have not been communicated to the client or involve legal interpretation. Under the provisions of Pa.R.C.P. 1024(c), I hereby verify that the statements made in the foregoing Response to Crossclaim and any attachment thereto are true and correct to the best of my information and belief. I understand that false statements therein are made subject to the penalties of 18 Pa.C.S. Section 4904 relative to unsworn falsifications to authorities.

/s/
_____
PAUL T. BEMILLER, ESQUIRE
Attorney for Defendant Erika Thee

PTM
WAGIJEM MANGKOEREDJO vs. AMERICAN AIRLINES AND
ERIKA THEE
OPL01874Y